**Order entered July 9, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00097-CV

### SHAWN WILSON Appellant

### V.

### JOHN D'SILVA, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00054-E**

## ORDER

On June 18, 2018, we ordered Dallas County Clerk John F. Warren to file, no later than July 3, 2018, either the clerk's record or written verification appellant has not paid for the record, has not filed a statement of inability to afford payment of court costs, or has been ordered by the court to pay costs and has failed to do so. *See* Tex. R. Civ. P. 145. To date, neither the clerk's record nor the requested verification has been filed. Accordingly, we again **ORDER** Mr. Warren to file the clerk's record or requested verification. The record or verification shall be filed no later than July 13, 2018. Extension requests will be disfavored.

We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Warren and the parties.

/s/    DAVID EVANS
JUSTICE